**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Anthony VINZANT, also known as Mark Vinzant, Defendant–Appellant.**

**No. 03–30370.**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2003.

Harry W McSherry, Assistant US Attorney, Stephen A Higginson, Assistant US Attorney, US Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Mark Anthony Vinzant, Lompoc, CA, pro se.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

The Federal Public Defender representing Mark Anthony Vinzant has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vinzant was sent a copy of counsel's motion and brief, but has not filed a response.

Vinzant knowingly and voluntarily waived his appeal rights except with respect to any sentence imposed in excess of the statutory maximum or any upward departure from the applicable sentencing guidelines range as determined by the district court. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.